BRETT DOSSKIVA
:277

1031
63-643/670
BRANCH 09019

Date 8/22/11

Pay to the Order of: Macy's

$ 75.00

Seventy five and 00/xx — Dollars

**WACHOVIA**
Wachovia Bank, a division of Wells Fargo Bank, N.A.

For: DO NOT CONTACT ME BY PHONE EVER AGAIN

Harland Clarke          BLUE SHEFFIELD

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark: HALLANDALE FL, AUG 23 2011, USPS 33009

7011 1570 0003 4891 0487

Sent To: Macy's Credit Services
Street, Apt. No.; or PO Box No.: P.O. Box 689195
City, State, ZIP+4: Des Moines, IA, 50368-9195

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Macy's Credit Services
P.O. Box 689195
Des Moines, IA 50368-9195

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7011 1570 0003 4891 0487

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540