# BRET LUSSKIN



Tel: (305) 987-6369

October 20, 2011

Macy's Credit Services
P.O. Box 689195
Des Moines, IA 50368-9195

**Re: Macy's Credit Account**

Dear Macy's:

My name is Bret Lusskin. My account number is 47-965-208-646-1. I am writing you for the THIRD TIME to tell you to STOP CONTACTING ME BY TELEPHONE. Do not call me again!

Yours,

Bret Lusskin.

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: NOV 2011

Sent To: Macy's Credit Services
Street, Apt. No.; or PO Box No.: P.O. Box 689195
City, State, ZIP+4: Des Moines, IA 50368-9195

PS Form 3800 August 2006    See Reverse for Instructions