# BRET LUSSKIN



Tel: (305) 987-6369

October 20, 2011

Macy's Credit Services
P.O. Box 689195
Des Moines, IA 50368-9195

    Re: **Macy's Credit Account**

Dear Macy's:

My name is Bret Lusskin. My account number is 47-965-208-646-1. I am requesting for the second time that you stop contacting me by telephone. Please do not call me again.

Yours,

Bret Lusskin.